UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TENNESSEE

NORTHERN DIVISION

In Re:

JULIE M. WILSON                                        Case No. 09-32775

      Debtor                                                 Chapter 7

AFFIDAVIT

I, Catherine Kligerman, declare the following:

a. I am a duly licensed real estate agent employed by Southland GMAC real Estate and am qualified to list and sell the property proposed in the Application of Trustee to Employ Realtor.
b. I have read the Application of trustee to Employ Realtor and I agree to all of the terms and conditions contained in the document.
c. To the best of my knowledge neither I nor any other member of the firm of Southland GMAC Real Estate has or represents any interest adverse to the Trustee or the estate of the above-captioned case in regard to the matters for which I am to be employed and that I am a disinterested person within the meaning of 11 U.S.C. §101 (14).

I declare under penalties of perjury that the foregoing is true and correct.

_____
Catherine Kligerman