```
Label Matrix for local noticing        Creditors Bankruptcy Service         Recovery Management Systems Corporation
0649-3                                  PO Box 741026                        25 SE 2nd Ave
Case 3:09-bk-32775                      Dallas, TX 75374-1026                Suite 1120
Eastern District of Tennessee                                                Miami, FL 33131-1605
Knoxville
Fri Sep 11 13:49:09 EDT 2009

3                                       Arrow Financial Services             Atlantic Card
United States Bankruptcy Court          5996 W Touhy Ave                     P O Box 13386
Howard H. Baker Jr. U.S. Courthouse     Niles, IL 60714-4610                 Roanoke, VA 24033-3386
Suite 330, 800 Market Street
Knoxville, TN 37902-2343

Bank Of America                         Bank of America                      Bank of America
Pob 17054                               Attn: Bankruptcy Dept NC4-105-03-14  c/o Buffaloe & Associates
Wilmington, DE 19884-0001               Po Box 26012                         201 Fourth Avenue North
                                        Greensboro, NC 27420-6012            Suite 1300
                                                                             Nashville, TN 37219-2090

Bill Me Later                           Capital One                          Chase Bank USA, N.A.
c/o Penncro Associates                  Attn: C/O TSYS Debt Management       c/o Creditors Bankruptcy Service
PO Box 1878                             Po Box 5155                          PO Box 740933
Southampton, PA 18966-0108              Norcross, GA 30091-5155              Dallas, TX 75374-0933

DISCOVER BANK                           Dell Financial Services              Dell Financial Services L.L.C.
DFS Services LLC                        12234 North Ih 35                    c/o Resurgent Capital Services
PO Box 3025                             Austin, TX 78753-1724                PO Box 10390
New Albany, Ohio  43054-3025                                                 Greenville, SC 29603-0390

Discover Financial                      FIA CARD SERVICES, NA/BANK OF AMERICA Frank Balaban, DDS
Attention:  Bankruptcy Department       BY AMERICAN INFOSOURCE LP AS ITS AGENT c/o Revenue Recovery Corporation
Po Box 3025                             PO Box 248809                        PO Box 2698
New Albany, OH 43054-3025               Oklahoma City, OK  73124-8809        Knoxville, TN 37901-2698

Gordon D. and Mary L. Fredenberg        Knox County General Sessions Court Civil  Kohls
Ted H. Lowe, Atty                       Old Courthouse, 3rd Floor            Attn:  Recovery
3814 Powers St.                         300 Main Street                      Po Box 3120
Knoxville, TN 37917-2643                Knoxville, TN 37902-1805             Milwaukee, WI 53201-3120

Ornl Credit Union                       Receivables Management               Recovery Management Systems Corporation
Po Box 365                              Attn: Bankruptcy                     25 S.E. 2nd Avenue, Suite 1120
Oak Ridge, TN 37831-0365                409 Bearden Park Circle              Miami, FL 33131-1605
                                        Knoxville, TN 37919-7448

Recovery Management Systems Corporation Ted Fredenberg                       United States Trustee
For Capital Recovery III LLC            7553 Oaken Drive                     800 Market Street, Suite 114
As Assignee of WASHINGTON MUTUAL BANK   Knoxville, TN 37938                  Howard H. Baker Jr. U.S. Courthouse
25 SE 2nd Avenue Suite 1120                                                  Knoxville, TN 37902-2303
Miami FL 33131-1605

Harry A. Wiersema Jr.                   Julie M. Wilson                      Michael H. Fitzpatrick
Associated Independent Attorneys        634 East Inskip Road, #90            2121 First Tennessee Plaza
158  Cumberland Avenue                  Knoxville, TN 37912-4200             Knoxville, TN 37929
Suite 100
Knoxville, TN 37902-1732
```

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29