*IN THE UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **JULIE M. WILSON,**                            Case No. **09-32775**
                                                                        Chapter 7
        Debtor.

**<u>ORDER AUTHORIZING TRUSTEE TO EMPLOY A REAL ESTATE SALES AGENT</u>**

      Upon the application of Michael H. Fitzpatrick, Trustee, seeking authority to employ Ms. Catherine Kligerman and Southland GMAC Real Estate to sell real property of the Debtor by private sale and it appearing that Catherine Kligerman and Southland GMAC Real Estate are licensed realtors in the State of Tennessee who do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14), and it appearing to the Court that said application is proper pursuant to the provision of 11 U.S.C. §327(a) and Bankruptcy Rules 2014 and 6005, and that the provisions of Fed. R. Bankr. P. 2014(a) have been satisfied, it is accordingly **ORDERED** as follows:

Michael H. Fitzpatrick, Trustee, shall be and he hereby is, authorized to employ Catherine Kligerman and Southland GMAC Real Estate, under the terms and conditions set forth in his application.

###

**APPROVED:**

*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Esquire
BPR No. 006033
**JENKINS & JENKINS ATTYS., PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873 ext. 222
mhf@j-jlaw.com


*/s/ Patricia C. Foster*
Patricia C. Foster, Esq.
BPR No. 012970
**ATTORNEY FOR THE U.S. TRUSTEE**
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street, Ste. 114
Knoxville, TN 37902
(865) 545-4324
patricia.foster@usdoj.gov